JAMES W. GILLIAM II, Appellant, v VIRGIN MOBILE USA, L.P., et al., Respondents.

Submitted May 18, 2015; decided June 30, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602 [a]).

In the Matter of TRAVIS D. GRIFFIN, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted May 18, 2015; decided June 30, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

CHARLES McKIE, Appellant, v FLAGSTAR BANK, FSB, Respondent.

Submitted May 11, 2015; decided June 30, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v REBECCA GUTHRIE, Respondent.

Submitted May 4, 2015; decided June 30, 2015

Motion for reargument denied [*see* 25 NY3d 130 (2015)].